UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JACOB GUTIERREZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-00035 |
| § | |
| WILLIAM STEPHENS, § | |
| § | |
| Respondent. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On May 22, 2014, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 15). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 15), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **GRANTS** the

Petitioner's Motion for Change of Venue (D.E. 14), **DENIES** Respondent's Motion for Summary Judgment (D.E. 8), and **DENIES** as moot Petitioner's Motion for Continuance (D.E. 13). The Court **ORDERS** this action transferred to the United States District Court of the Western District of Texas, Waco Division.

    ORDERED this 23rd day of June, 2014.

                                                              _____
                                                              NELVA GONZALES RAMOS
                                                              UNITED STATES DISTRICT JUDGE